IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
THE DISTRICT OF COLUMBIA

KANG KYU SEO, et al.  )
 )
          **Plaintiffs/Judgment Creditors**  )
 )Case No.: 18-785 (RDM)
v.  )Judge Randolph D. Moss
 )
**CHARLES MOON SUK OH, et. al.**  )
 )
          **Defendant.**  )

SERVE:

(1) 2600 Wade Road, LLC
Charles Oh, Registered Agent
2600 Wade Road SW
Washington, DC 20020

(2) International Law Firm, PLLC
8100 Boone Blvd., Suite 260
Vienna, VA 20020

(3) Greysteel Company, LLC
SERVE: InCorp Services, Inc. Registered Agent
1519 York Road
Lutherville, MD 21093

## MOTION FOR ENTRY OF CHARGING ORDER

**COMES NOW**, the Plaintiffs, Kang Kyu Seo, et al. by counsel, and pursuant D.C. Code § 29-805.03, moves this Honorable Court to enter a Charging Order against the Judgment Debtor, stating to this Honorable Court as follows:

1. Plaintiffs obtained a judgment in this matter against the Defendant, Charles Moon Suk Oh on April 27, 2023. Plaintiff is therefore a judgment creditor and Defendant a judgment debtor.

2. The judgment has not been satisfied.

3. Plaintiffs have discovered that the Defendant is a beneficial owner of 2600 Wade Road, LLC. The other beneficial owner is the International Law Firm, PLLC who is provided notice so that this Honorable Court can afford complete relief.

4. Defendant's beneficial ownership of the above-referenced LLC is an identifiable asset available to Defendant that can be used to satisfy the judgment.

5. The above-referenced LLC is a limited liability company existing under the laws of the District of Columbia.

**WHEREFORE**, having obtained judgment against the Defendant without satisfaction, Plaintiffs pray that this Honorable Court enter a charging order against the Defendant Charles Moon Suk Oh with respect to 2600 Wade Road, LLC.

Respectfully Submitted,

KANG KYU SEO
By Counsel

A. Charles Dean, DC Bar #983256
GROSS, ROMANICK, DEAN & DESIMONE, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030
703-273-1400 (telephone)
703-385-9652 (facsimile)
adean@grddlaw.com
*Co-Counsel for Judgment Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the forgoing Motion for Entry of a Charging Order was sent via electronic and regular mail on this ___8th___ day of June, 2023 to:

Jason J. Huh
LAW OFFICE OF JASON J. HUH, PLLC
10807 Main Street, Unit 100
Fairfax, VA 22030
attorneyhuh24@gmail.com
*Counsel for Judgment Debtor*

A. Charles Dean, DC Bar #983256