IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KANG KYU SEO, et al.<br>    **Plaintiffs/Judgment Creditors.**<br><br>v.<br><br>CHARLES MOON SUK OH, et. al.<br>    **Defendant.** | )<br>)<br>) Civ. Action No.: 1:18-cv-00785-RDM<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45, Plaintiffs Kang Kyu Seo, et al., by counsel, intend to serve a Subpoena Duces Tecum in the form attached hereto upon JUN & CO., CPA, P.C.; Reg. Agent: YONG B. JUN; 6133 Executive Blvd., Rockville, MD 20852-3901.

Dated: June 27, 2023

Respectfully submitted,

KANG KYU SEO, et al.
By Counsel

/s/ A. Charles Dean

A. Charles Dean, DC Bar No. 983256
GROSS, ROMANICK, DEAN & DESIMONE, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030 -2520
Telephone: (703) 273-1400
Facsimile: (703) 385-9652
e-mail adean@grddlaw.com
*Co-Counsel for Judgment Creditors*

and

1

Matthew T. Sutter, DC Bar No. 477910
Sutter & Terpak, PLLC
7540A Little River Turnpike
Annandale, VA 22003
Telephone: 703-256-1800
Facsimile: 703-991-1661
Email: matt@sutterandterpak.com
*Co-Counsel for Judgment Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all counsel of record via the ECF/CM system on this 27th day of June, 2023.

_____
A. Charles Dean, DC Bar No. 983256